OPINION — AG — ** SALARIES — EMOLUMENTS — STATE OFFICERS ** UNDER THE PRINCIPLES OF LAW ANNOUNCED IN THE INCLUDED CASE, MR. PERRY IS ENTITLED TO A SALARY AT THE RATE OF $4,200.00 PER ANNUM FROM THE BEGINNING OF HIS TERM OF OFFICE UNTIL AUGUST 28, 1957, THE EFFECTIVE DATE OF SENATE BILL NO. 351, AND TO A SALARY AT THE RATE OF $6,000.00 PER ANNUM ON AND AFTER SAID DATE. (SALARIES, INCREASED SALARIES, DATE) CITE: ARTICLE XXIII, SECTION 10, 74 O.S. 250 [74-250] (FRED HANSEN)